JASON W. NORRIS (Pro Hac Vice)
FEDEX GROUND PACKAGE SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-5720
Facsimile:  (412) 859-5450

KENNETH D. SANSOM (Pro Hac Vice)
WILLIAM T. PAULK (Pro Hac Vice)
SPOTSWOOD SANSOM & SANSBURY LLC
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Telephone: (205) 986-3622
Facsimile:  (205) 986-3639

GEOFFREY H. YOST (S.B. #159687)
SARAH STARCEVICH MILLER, (S.B. #264921)
MEGAN HAVSTAD (S.B. #287938)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701

ROBERT S. NICKSIN (S.B. #158430)
O'MELVENY & MYERS LLP
400 South Hope St., 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Plaintiff FEDEX GROUND
PACKAGE SYSTEM, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> MIRIAM BARCELLONA INGENITO, in her Official Capacity as Director of the California Department of Toxic Substances Control; JACKIE LACEY, in her Official Capacity as the District Attorney for the County of Los Angeles; BONNIE M. DUMANIS, in her Official Capacity as the District Attorney for | Case No. 2:14-CV-01038-TLN-EFB <br><br> **NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR DISMISSAL, AND ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRICT ATTORNEY DEFENDANTS** <br><br> Judge:   Hon. Troy L. Nunley |

1

NOTICE OF SETTLEMENT, STIPULATED
REQUEST FOR DISMISSAL, AND ORDER
OF DISMISSAL WITH PREJUDICE OF THE
DISTRICT ATTORNEY DEFENDANTS
CASE NO. 2:14-CV-01038-TLN-EFB

the County of San Diego; ANNE MARIE SCHUBERT, in her Official Capacity as the District Attorney for the County of Sacramento; and MICHAEL RAMOS, in his Official Capacity as the District Attorney for the County of San Bernardino,

                Defendants.

**NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR DISMISSAL**

WHEREAS, plaintiff FEDEX GROUND PACKAGE SYSTEM, INC. ("FedEx Ground"), and defendants JACKIE LACEY, in her official capacity as District Attorney for the County of Los Angeles, BONNIE M. DUMANIS, in her official capacity as District Attorney for the County of San Diego, ANNE MARIE SCHUBERT, in her official capacity as District Attorney for the County of Sacramento, and MICHAEL RAMOS, in his official capacity as District Attorney for the County of San Bernardino (collectively, the "DA Defendants"), have reached a settlement in the above-entitled action;

WHEREAS, defendant MIRIAM BARCELLONA INGENITO, in her official capacity as Director of the California Department of Toxic Substances Control, remains a defendant in this action;

WHEREFORE, FedEx Ground and the DA Defendants hereby request that the Court dismiss with prejudice the DA Defendants only from the above-entitled action, each side to bear its own fees and costs.

2

NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR DISMISSAL, AND ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRICT ATTORNEY DEFENDANTS
CASE NO. 2:14-CV-01038-TLN-EFB

| | | |
|---|---|---|
| Dated: August 20, 2015 | | O'MELVENY & MYERS LLP |

By:  /s/ Geoffrey H. Yost
        Geoffrey H. Yost

Attorneys for Plaintiff FEDEX GROUND PACKAGE SYSTEM, INC.

Dated: August _27_, 2015

By:  /s/
        Douglas Scott Whaley

Attorneys for ANN MARIE SCHUBERT, in her Official Capacity as the District Attorney for the County of Sacramento.

Dated: August _27_, 2015

By:  /s/
        Dan Silverman

Attorneys for MICHAEL RAMOS, in his Official Capacity as the District Attorney for the County of San Bernardino.

Dated: August _27_, 2015

By:  /s/
        Karen I. Doty

Attorneys for BONNIE M. DUMANIS, in her Official Capacity as the District Attorney for the County of San Diego.

Dated: August _27_, 2015

By:  /s/
        Julia C. Weissman

Attorneys for JACKIE LACEY, in her Official Capacity as the District Attorney for the County of Los Angeles.

3

NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR DISMISSAL, AND ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRICT ATTORNEY DEFENDANTS
CASE NO. 2:14-CV-01038-TLN-EFB

**ORDER**

Pursuant to the foregoing Stipulation, defendants JACKIE LACEY, in her official capacity as District Attorney for the County of Los Angeles, BONNIE M. DUMANIS, in her official capacity as District Attorney for the County of San Diego, ANNE MARIE SCHUBERT, in her official capacity as District Attorney for the County of Sacramento, and MICHAEL RAMOS, in his official capacity as District Attorney for the County of San Bernardino, only, are hereby dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

**Dated: September 16, 2015**

_____
Troy L. Nunley
United States District Judge

4

NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR DISMISSAL, AND ORDER OF DISMISSAL WITH PREJUDICE OF THE DISTRICT ATTORNEY DEFENDANTS
CASE NO. 2:14-CV-01038-TLN-EFB