JASON W. NORRIS (Pro Hac Vice)
FEDEX GROUND PACKAGE SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-5720
Facsimile:  (412) 859-5450

KENNETH D. SANSOM (Pro Hac Vice)
WILLIAM T. PAULK (Pro Hac Vice)
SPOTSWOOD SANSOM & SANSBURY LLC
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Telephone: (205) 986-3622
Facsimile:  (205) 986-3639

GEOFFREY H. YOST (S.B. #159687)
SARAH STARCEVICH MILLER, (S.B. #264921)
MEGAN HAVSTAD (S.B. #287938)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701

ROBERT S. NICKSIN (S.B. #158430)
O'MELVENY & MYERS LLP
400 South Hope St., 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Plaintiff FEDEX GROUND
PACKAGE SYSTEM, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRIAM BARCELLONA INGENITO, in her Official Capacity as Director of the California Department of Toxic Substances Control; JACKIE LACEY, in her Official Capacity as the District Attorney for the County of Los Angeles; BONNIE M. DUMANIS, in her Official Capacity as the District Attorney for | Case No. 2:14-CV-01038-TLN-EFB <br><br> **NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR DISMISSAL, AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT DTSC** <br><br> Judge:       Hon. Troy L. Nunley |

1  the County of San Diego; ANNE MARIE
2  SCHUBERT, in her Official Capacity as the
   District Attorney for the County of
3  Sacramento; and MICHAEL RAMOS, in his
   Official Capacity as the District Attorney for
   the County of San Bernardino,

4                                      Defendants.

5

6                **NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR DISMISSAL**

7            WHEREAS, plaintiff FEDEX GROUND PACKAGE SYSTEM, INC. ("FedEx Ground"),

8  and defendant MIRIAM BARCELLONA INGENITO, in her Official Capacity as Director of the

9  California Department of Toxic Substances Control ("DTSC"), have reached a settlement in the

10  above-entitled action;

11           WHEREFORE, FedEx Ground and DTSC hereby request that the Court dismiss with

12  prejudice DTSC from the above-entitled action, each side to bear its own fees and costs.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT, STIPULATED
REQUEST FOR DISMISSAL, AND ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT DTSC
CASE NO. 2:14-CV-01038-TLN-EFB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: June 13, 2016          2016

O'MELVENY & MYERS LLP

By:      /s/ Geoffrey H. Yost
                 Geoffrey H. Yost

*Attorneys for Plaintiff FedEx Ground Package System, Inc.*

Dated: June 13, 2016         , 2016

KAMALA D. HARRIS
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General

By:      /s/Dennis L. Beck, Jr.
DENNIS L. BECK, JR.
Deputy Attorney General
*Attorneys for Plaintiff People of the State of California, ex rel. Department of Toxic Substances Control*

3

NOTICE OF SETTLEMENT, STIPULATED
REQUEST FOR DISMISSAL, AND ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT DTSC
CASE NO. 2:14-CV-01038-TLN-EFB

**ORDER**

Pursuant to the foregoing Stipulation, defendant MIRIAM BARCELLONA INGENITO, in her Official Capacity as Director of the California Department of Toxic Substances Control, is hereby dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

**Dated: June 15, 2016**

Troy L. Nunley
United States District Judge

NOTICE OF SETTLEMENT, STIPULATED
REQUEST FOR DISMISSAL, AND ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT DTSC
CASE NO. 2:14-CV-01038-TLN-EFB